UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY GLEASON,<br><br>   Plaintiff,<br><br>   v.<br><br>T. LINDQUIST, et al.,<br><br>   Defendants. | No.  2:19-cv-1203 JAM AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  This case is before the court on plaintiff's motion to compel a response to the second amended complaint.  ECF No. 50.

The undersigned screened the second amended complaint on April 14, 2020, and ordered service on defendant Bobbala only.  ECF No. 37 at 6.  The court did not order to defendant answer the complaint within sixty days, as plaintiff assert.  Rather, the order provided that service would take place under the Court's E-Service pilot program, which required the California Department of Corrections and Rehabilitation (CDCR) to notify the court within forty days whether Bobbala would waive service.  Id. at 7.  If service was to be waived, the California Attorney General's Office then had thirty days to file the waiver of service on defendant's behalf.  Id.  Any response to the complaint was then due sixty days after the CDCR filed its notice, not sixty days after the court issued its order.  Id.  The CDCR filed its notice on May 20, 2020 (ECF

1

No. 45), and defendant, proceeding through counsel, has now timely waived service (ECF No. 53).

Because plaintiff is a pro se state inmate, the undersigned has referred this action to the Post-Screening ADR (Alternative Dispute Resolution) Project and stayed this action for a period of 120 days to allow parties the opportunity to settle their dispute before the discovery process begins. ECF No. 55. This means that defendant's obligation to file a response to the second amended complaint is currently suspended. Indeed, no pleadings or other documents may be filed in this case during the stay of this action, except as provided in the Order Referring Case to Post-Screening ADR Project and any subsequent court order. Accordingly, an answer will only become due if the case is not resolved through the ADR process and the stay is lifted.

In accordance with the findings above, IT IS HEREBY ORDERED that plaintiff's motion for an order directing defendant to respond to the second amended complaint (ECF No. 50) is DENIED.

DATED: June 29, 2020

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2