UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY GLEASON, | No. 2:19-cv-1203 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| T. LINDQUIST, et al., | |
| Defendants. | |

Plaintiff has filed objections to the Magistrate Judge's order filed June 29, 2020. ECF No. 59. Federal Rule of Civil Procedure 72(a) permits a party to object to non-dispositive orders issued by magistrate judges and requires that the district judge "modify or set aside any part of the order that is clearly erroneous or is contrary to law." The June 29, 2020 order of the Magistrate Judge is not clearly erroneous or contrary to law and the objections will therefore be overruled.

Therefore, IT IS HEREBY ORDERED that plaintiff's objections to the Magistrate Judge's June 29, 2020 order denying the motion for an order directing defendant to respond to the second amended complaint are overruled and the June 29, 2020 order is affirmed.

DATED: July 27, 2020

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE