UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY GLEASON,<br><br>             Plaintiff,<br><br>      v.<br><br>T. LINDQUIST, et al.,<br><br>             Defendants. | No.  2:19-cv-1203 JAM AC P<br><br><br><br>ORDER |

Plaintiff has filed objections to the Magistrate Judge's order filed December 16, 2020. ECF No. 72.  Federal Rule of Civil Procedure 72(a) permits a party to object to non-dispositive orders issued by magistrate judges and requires that the district judge "modify or set aside any part of the order that is clearly erroneous or is contrary to law."  The December 16, 2020 order of the Magistrate Judge is not clearly erroneous or contrary to law and the objections will therefore be overruled.

Therefore, IT IS HEREBY ORDERED that plaintiff's objections to the Magistrate Judge's December 16, 2020 order are OVERRULED and the December 16, 2020 order is AFFIRMED.

DATED: January 25, 2021           /s/ John A. Mendez
                                                          THE HONORABLE JOHN A. MENDEZ
                                                          UNITED STATES DISTRICT COURT JUDGE