UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY GLEASON,<br><br>  Plaintiff,<br><br>  v.<br><br>T. LINDQUIST, et al.,<br><br>  Defendants. | No. 2:19-cv-1203 JAM AC P<br><br><br><br>ORDER |

On January 7, 2021, plaintiff filed two motions to compel claiming that defendant has completely failed to respond to his first and second sets of interrogatories. ECF No. 75 at 77. Defendant has not responded to the motions.

Accordingly, IT IS HEREBY ORDERED that within ten days of the service of this order, defendant shall respond to plaintiff's motions to compel. Failure to respond will be deemed consent to granting the motions.

DATED: February 3, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE