IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STANLEY GLEASON,** | Case No. 2:19-cv-01203 JAM AC |
| Plaintiff, | **[PROPOSED] ORDER MODIFYING SCHEDULING ORDER TO EXTEND DEADLINE TO CONDUCT DISCOVERY** |
| v. | |
| **T. LINDQUIST, et al.,** | |
| Defendant. | |

Good cause appearing, Defendant's motion to modify the September 18, 2020, Discovery and Scheduling Order to extend the deadline to conduct discovery, including filing all motions compelling discovery, is GRANTED.

The deadline to conduct discovery, including the filing of all motions to compel discovery, shall be March 26, 2021. In all other respects, the September 18, 2020, Discovery and Scheduling Order (ECF No. 67) remains in full force and effect.

IT IS SO ORDERED.

DATED: March 1, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:19-cv-01203-JAM-AC)