UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY GLEASON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. LINDQUIST, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-1203 JAM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed two motions to compel discovery in which he alleges that defendant failed to respond to his discovery requests within the prescribed deadline. ECF Nos. 75, 77. Defendant opposes the motions on the grounds that she timely responded to all of plaintiff's discovery requests. ECF Nos. 80-86. Because defendant timely served responses to the requests, and plaintiff has identified no other objections, the motions will be denied. However, since it appears that plaintiff did not receive a copy of the responses, defendant will be required to re-serve plaintiff with the responses if she has not done so already.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions to compel, ECF Nos. 75, 77, are DENIED.

////

////

1

2. Within fourteen days of the filing of this order, defendant shall serve plaintiff with another copy of her discovery responses if she has not already done so.

DATED: September 30, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE